IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GARY LEON WEBSTER**                                                                    **PLAINTIFF**

V.                     **CASE NO. 4:20-CV-00168-BSM**

**ARKANSAS,** *et al*.                                                                 **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Gary Webster's objections, United States Magistrate Judge Joe Volpe's recommended disposition [Doc. No. 6] is adopted, and the complaint [Doc. No. 2] is dismissed without prejudice. Webster failed to pay the filing fee in full. Doc. No. 5. It is certified that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 8th day of May, 2020.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE